IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 04-20040-Ml |
| ROBERT SPENCER ) | |
| Defendant(s) ) | |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set a Change of Plea Hearing on Wednesday, June 15, 2005 at 2:30 p.m. Counsel for the defendant requested a continuance of the present setting. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for **a Change of Plea Hearing to Thursday, June 23, 2005 at 8:30 a.m.** with a trial date of Monday, Tuesday, July 5, 2005 at 9:30 a.m.

The period from June 17, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 23 day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:04-CR-20040 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Jon McCalla
US DISTRICT COURT